**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7094**

---

DAN OLIVER,

                                        Plaintiff - Appellant,

        versus

WARDEN POWELL; PIXLEY, Assistant Warden of
Operations; FLEMING, Regional Director,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-00-1643)

---

Submitted: October 18, 2001        Decided: October 29, 2001

---

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dan Oliver, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dan Oliver appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Oliver v. Powell</u>, No. CA-00-1643 (E.D. Va. filed Mar. 22, 2001 & entered Mar. 26, 2001; filed June 29, 2001 & entered June 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2